JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Supriya.Prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-104-JCM-BNW |
| Plaintiff, | |
| v. | Stipulation to Continue Change of Plea |
| PATRICK CARL SUMMARY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Melissa Barry, Esq., counsel for Patrick Carl Summary, that the change of plea currently scheduled for February 14, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have identified a potential issue with the plea agreement and would like additional time to resolve the issue prior to the change of plea.

2. The parties agree to a continuance.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

Dated this 13th day of February 2024.

JASON M. FRIERSON
United States Attorney

By: /s/ *Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

By: /s/ *Melissa Barry*  
MELISSA BARRY  
Counsel for Defendant Patrick Carl Summary

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-104-JCM-BNW |
| Plaintiff, | |
| v. | Order |
| PATRICK CARL SUMMARY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea currently scheduled for February 14, 2024, at 10:30 a.m. be vacated and continued to **March 13, 2024, at 10:30 a.m.**

DATED February 14, 2024.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE